Richard A. Williamson (RW-3033)
FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
One Liberty Plaza
New York, New York 10006-1404
(212) 412-9500



Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re SEPTEMBER 11 PROPERTY DAMAGE AND  :   21 MC 101 (AKH)
BUSINESS LOSS LITIGATION                :
-----------------------------------------------------------------X
WORLD TRADE CENTER PROPERTIES LLC,      :   Civ. Action No.
1 WORLD TRADE CENTER LLC, 3 WORLD       :
TRADE CENTER LLC, AND 7 WORLD TRADE     :
COMPANY, L.P.,                          :
                                        :
                                        :   STATEMENT PURSUANT
                                        :   TO FED. R. CIV. P. 7.1
                        Plaintiffs,     :
                                        :
            V.                          :
                                        :
AMERICAN AIRLINES, INC., AMR            :
CORPORATION, UNITED AIRLINES, INC.,     :
UAL CORPORATION, MASSACHUSETTS          :
PORT AUTHORITY, THE BOEING COMPANY,     :
DELTA AIR LINES, INC., CONTINENTAL      :
AIRLINES, INC., COLGAN AIR, INC., US    :
AIRWAYS, INC., US AIRWAYS GROUP, INC.,  :
MIDWAY AIRLINES CORPORATION,            :
HUNTLEIGH USA CORPORATION, ICTS         :
INTERNATIONAL, N.V., GLOBE AVIATION     :
SERVICES CORPORATION, BURNS             :
INTERNATIONAL SECURITY SERVICES         :
CORPORATION, BURN INTERNATIONAL         :
SERVICES CORPORATION, PINKERTON'S       :
INC., and SECURITAS AB,                 :
                        Defendants.     :
-----------------------------------------------------------------X

Pursuant to Fed. R. Civ. P. 7.1(a), the undersigned counsel for such of the

plaintiffs World Trade Center Properties LLC, 1 World Trade Center LLC, 3 World Trade

Center LLC, and 7 World Trade Company, L.P. (collectively referred to herein as the "WTCP

Plaintiffs") states that none of the parent corporations of any of the WTCP Plaintiffs are publicly held and that no publicly held corporations own 10% or more of any of the WTCP Plaintiffs.

Dated: New York, New York
      April 17, 2008

                              FLEMMING, ZULACK & WILLIAMSON, LLP

                              By: _____
                                  Richard A. Williamson, Esq. (RW-3033)

                              One Liberty Plaza, 35th Floor
                              New York, New York 10006-1404
                              (212) 412-9500

                              Attorneys for WTCP Plaintiffs

303717