UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: SEPTEMBER 11, 2001 LITIGATION ) | 21 MC 101 (AKH) |
|  ) | 08 CV 3722 (AKH) |

### AFFIDAVIT OF SERVICE

COMMONWEALTH OF MASSCHUSETTS  )
                              )SS.:
COUNTY OF SUFFOLK             )

I, Christopher R. Howe, hereby certify that on May 13, 2008, I served the within **ANSWER OF DEFENDANTS US AIRWAYS, INC. AND US AIRWAYS GROUP, INC. TO THE WTCP ENTITIES' COMPLAINT AGAINST CERTAIN DEFENDANTS IN THE WTCP ENTITIES' FLIGHT 11 COMPLAINT** upon:

**GROUND DEFENDANTS' LIAISON COUNSEL AND COUNSEL FOR CROSS-CLAIM PLAINTIFFS**

Richard Williamson, Esquire
Flemming, Zulack, Williamson, Zauderer LLP
One Liberty Plaza
New York, NY 10006-1404
Telephone: (212) 412-9500
Facsimile: (212) 964-9200

**AVIATION DEFENDANTS' LIAISON COUNSEL**

Desmond T. Barry, Esquire
Condon & Forsyth LLP
7 Times Square, 18th Floor
New York, NY 10036
Telephone: (212) 490-9100
Facsimile: (212) 370-4453

**WD/PI PLAINTIFFS' LIAISON COUNSEL**

Marc S. Moller, Esquire
Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590
Telephone: (212) 687-8181
Facsimile: (212) 972-9432

**PD/BL PLAINTIFFS' LIAISON COUNSEL**

Robert A. Clifford, Esquire
Clifford Law Offices
120 N. LaSalle Street, 31st Floor
Chicago, IL 60602
Telephone: (312) 899-9090
Facsimile: (312) 251-1160

| | |
|---|---|
| **7 WTC GROUND DEFENDANTS' LIAISON COUNSEL** | **US ATTORNEYS' OFFICE** |
| Beth D. Jacobs, Esquire<br>Schiff Hardin LLP<br>623 Fifth Avenue, 28th Floor<br>New York, NY 10022<br>Telephone: (212) 753-5000<br>Facsimile: (212) 753-5044 | Beth E. Goldman, Esquire<br>Sarah S. Normand, Esquire<br>United States Department of Justice<br>United States Attorney, Southern District of New York<br>86 Chambers Street<br>New York, NY 10007<br>Telephone: (212) 637-2732<br>Facsimile: (212) 637-2730 |

by emailing a copy of these papers to the attorneys in accordance with the Court's March 10, 2005 Order.

    I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Christopher R. Howe

Sworn to me before this 13th day of May 2008.

_____
Notary Public

2