UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
          :
          :   21 MC 101 (AKH)
IN RE SEPTEMBER 11 LITIGATION    :
          :   This Document Relates To:
          :   08 CIV 3719
          :   08 CIV 3722
------------------------------------------------------------------- X

## NOTICE OF MOTION FOR SUMMARY JUDGMENT DISMISSING ALL CLAIMS BY WORLD TRADE CENTER PROPERTIES FOR THE DESTRUCTION OF WTC 1, 2, 4, AND 5

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and the Declaration of Desmond T. Barry, Jr., Defendants American Airlines, Inc.; AMR Corporation; United Air Lines, Inc.; UAL Corporation; US Airways Group, Inc.; US Airways, Inc.; Delta Air Lines, Inc.; Continental Airlines, Inc.; Colgan Air, Inc.; Globe Aviation Services Corporation; Huntleigh USA Corporation; ICTS International N.V.; The Boeing Company; and the Massachusetts Port Authority (the "Aviation Defendants"), will move this Court for summary judgment dismissing all claims by Plaintiff World Trade Center Properties for the destruction of WTC 1, 2, 4, and 5 set forth in *World Trade Center Properties LLC, et al. v. American Airlines, Inc., et al.* (08 CIV 3722) and *World Trade Center Properties LLC, et al. v. United Airlines, Inc., et al.* (08 CIV 3719).

This motion will be heard at a date and time to be scheduled by the Court.

Dated:  June 20, 2008
       New York, New York

Respectfully submitted,

CONDON & FORSYTH LLP

By: _____
Desmond T. Barry, Jr. (DB 8666)

7 Times Square
New York, NY 10036
Telephone: (212) 490-9100
Facsimile: (212) 370-4453
dbarry@condonlaw.com

*Aviation Defendants' Liaison Counsel*