## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                                           ) ss.:
COUNTY OF NEW YORK  )

 Sarah R. Connelly, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in New York, New York and that on the 20th day of June 2008, deponent filed electronically with the Court and served the within NOTICE OF MOTION FOR SUMMARY JUDGMENT DISMISSING ALL CLAIMS FOR THE DESTRUCTION OF WTC 1, 2, 4, AND 5; DECLARATION OF DESMOND T. BARRY, JR., DATED JUNE 20, 2008, IN SUPPORT OF THE MOTION; DECLARATION OF RAJIV GOKHALE, DATED JUNE 20, 2008, IN SUPPORT OF THE MOTION; THE AVIATION DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THE MOTION, AND AVIATION DEFENDANTS' STATEMENT PURSUANT TO LOCAL RULE 56.1 upon:

1. Robert A. Clifford, Esq. and Timothy S. Tomasik Esq. – Property Damage and Business Loss Plaintiffs' Liaison Counsel;
2. Marc S. Moller, Esq. and Brian J. Alexander, Esq. – Wrongful Death and Personal Injury Plaintiffs' Co-Liaison Counsel;
3. Donald A. Migliori, Esq. – Wrongful Death and Personal Injury Plaintiffs' Co-Liaison Counsel;
4. Beth D. Jacob, Esq. – WTC 7 Ground Defendants' Liaison Counsel;
5. Richard A. Williamson, Esq. and M. Bradford Stein, Esq. – Counsel for Plaintiffs World Trade Center Properties LLC et al.;
6. Keith E. Harris, Esq. – Counsel for Plaintiffs The Port Authority of New York and New Jersey, WTC Retail LLC, and The Port Authority Trans-Hudson Corporation;
7. Beth E. Goldman, Esq., Sarah S. Normand, Esq. and Jeannette A. Vargas, Esq. – U.S. Attorneys' Office; and
8. All Aviation Defendants

by emailing a copy of the papers to the attorneys in accordance with the Court's March 10, 2005 Order.

                    _/s/ Sarah R. Connelly_
                       Sarah R. Connelly

Sworn to before me this
20th day of June 2008

_/s/_
Notary Public

MARIA PAGAN
Notary Public, State of New York
No. 01PA4670337
Qualified in Queens County
Commission Expires 10/31/____